IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY JENKINS, | : CIVIL ACTION |
| Plaintiff, | : NO. 08-1035 |
| v. | : |
| CORRECTIONAL OFFICER ANDERSON, | : |
| Defendant. | : |

**ORDER**

AND NOW, this 3rd day of September, 2009, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 44), Plaintiff's response thereto (Doc. No. 46), and Defendant's Reply (Doc. No. 48), and in accordance with the attached Opinion, it is hereby ORDERED that said Motion is GRANTED, and Plaintiff's claims against Defendant are DISMISSED.

The Clerk of Court shall CLOSE this case.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.